In the Matter of MICHAEL PICHACZ et al., Appellants, against JOHN F. O'CONNELL et al., Individually and as Members of the State Liquor Authority et al., Respondents.

Submitted April 13, 1948; decided May 20, 1948.

*Martin Benjamin* for appellants.
*Alvin McKinley Sylvester* for respondents.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.